IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No._____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922 (g)(1) and |
| v. | ) | 18 U.S.C. § 924(e)(1) and (2)(B) |
| | ) | NLT 15 years and/or $250,000 |
| | ) | Supervised Release – NMT 5 years |
| JOSEPH WILSON, | ) | |
| [DOB: 10/05/1974] | ) | |
| | ) | |
| Defendant. | ) | $100 Mandatory Penalty Assessment |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about April 1, 2006, in Ozark County, in the Western District of Missouri, Joseph Wilson, the defendant, having been convicted:

1. On or about May 5, 1993, Joseph Wilson was convicted in the Circuit Court of Ozark County, Missouri, of the offense of burglary in the second degree,

2. On or about October 2, 1996, Joseph Wilson was convicted in the Circuit Court of Stone County, Missouri, of the offense of burglary in the first degree,

3. On or about December 9, 1992, Joseph Wilson was convicted in the 10th Judicial Circuit of the County of Tazewell, Illinois, for the offense of attempted burglary,

each of which is a crime punishable by imprisonment for a term exceeding one year, and

each constituting a violent felony offense, as defined by Title 18, United States Code, Section 924(e)(2)(B), knowingly did possess, in and affecting commerce, firearms, to wit: a Ruger, model 10/22 carbine, .22 caliber rifle, a Norinco, SKS, 7.62 x 39 rifle and a Lorcin, model L22, .22 caliber pistol, and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1) and (2)(B).

**A TRUE BILL**

s/Foreperson
Foreperson of the Grand Jury

s/ Asst U.S. Atty
James J. Kelleher
Missouri Bar No. 51921
Special Assistant United States Attorney

2

TOTAL P.07

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Missouri__

UNITED STATES OF AMERICA

v.

JOSEPH WILSON.
[DOB: 1974]

**WARRANT FOR ARREST**

Case Number: 07-03053-01-CR-S-REO

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Joseph Wilson__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
knowingly did possess, in and affecting commerce, a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 924(e)(1)__

James C. England
Name of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

s/ Officer
Signature of Issuing Officer

5/16/07  Springfield, MO
Date and Location

RECEIVED MAY 17 AM 8:42
WESTERN DISTRICT OF MISSOURI
U.S. MARSHALS SERVICE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

COPY
ORIGINAL ON FILE
U.S. MARSHAL WESTERN MISSOURI
(DO NOT DUPLICATE)

** TOTAL PAGE.07 **