AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

E-FILED
Wednesday, 06 June 2007 10:57:34 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

FILED
JUN - 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__Central__ DISTRICT OF __Illinois__

UNITED STATES OF AMERICA

V.

__Joseph Wilson__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07-6044

CHARGING DISTRICTS CASE NUMBER: 07-03053-01

I understand that charges are pending in the __Western__ District of __Missouri__ alleging violation of __18 USC 922(g) and 18 USC 924(e)(1) and (2)(B)__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

/s/ defendant
Defendant

6/5/07
Date

s/Defense Counsel
Defense Counsel